23178

CINCINNATI INSURANCE COMPANY, Petitioner v. SOUTH CAROLINA SECOND INJURY FUND, Respondent. In re Gerald R. LEAGUE v. G.M. MECHANICAL CORPORATION.

(391 S.E. (2d) 235)

Supreme Court

*Duke K. McCall, Jr.,* and *Jack H. Tedards, Jr.,* both of *Leatherwood, Walker, Todd & Mann,* Greenville, *for petitioner.*

*Atty. Gen. T. Travis Medlock* and *Asst. Atty. Gen. P. Brooks Shealy, Jr.,* Columbia, *for respondent.*

Heard Jan. 22, 1990.

Decided March 19, 1990.

This case is before us on a writ of certiorari to the Court of Appeals to review its decision reported at 297 S.C. 372, 377 S.E. (2d) 130 (Ct. App. 1989). We now dismiss the writ as improvidently granted.

Dismissed.